IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gottesman, Maureen A

Printed: 10/30/07

Case Number: 07 B 15522
Judge: Wedoff, Eugene R
Filed: 8/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Unsecured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 4. | Capital One | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____